# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Government, | § |
| VS. | § CRIMINAL NO. H-17-346 |
| BENJAMIN DAVID SHERWOOD, | § |
| Defendant. | § |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## BY UNITED STATES MAGISTRATE JUDGE

I, **BENJAMIN DAVID SHERWOOD,** the Defendant in this cause, with the advice and counsel of my attorney, **MARJORIE MEYERS,** hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Mary Milloy, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable Lee H. Rosenthal,** Chief United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable Lee H. Rosenthal.**

Signed on this 23RD day of August, 2017, at Houston, Texas.

BENJAMIN DAVID SHERWOOD
_____
Defendant's Name

_____                _____
Defendant                                                              Attorney for Defendant

_____
Assistant United States Attorney