**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-17-346 |
| § | |
| BENJAMIN DAVID SHERWOOD, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Benjamin David Sherwood and find him guilty of Count 1 of the Indictment charging him with: Travel with Intent to Engage in Illicit Conduct, in violation of 18 U.S.C. § 2423(b) and Count 2 : Enticement of a Minor, in violation of 18 U.S.C. § 2422(b). No objections have been filed to the Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, the court finds that the defendant, Benjamin David Sherwood, is fully competent and capable of entering an informed plea, that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offenses with which he is charged.

The defendant, Benjamin David Sherwood, is **GUILTY** of the offenses: Count 1 of the Indictment charging him with: Travel with Intent to Engage in Illicit Conduct, in violation of 18 U.S.C. § 2423(b) and Count 2 : Enticement of a Minor, in violation of 18 U.S.C. § 2422(b).

SIGNED on November 14, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge